387 A.2d 921

Commonwealth ex rel. Campolongo, Appellant,
v. Campolongo.

Argued December 12, 1977. James R. Caiola, for appellant; Joseph J. Hylan, with him Paul C. Vangrossi, for appellee.

Order affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.